UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

LOLETA CHEESE COMPANY, INC.,           No. 14-11620

           Debtor(s).
_____/

Status Conference Order
_____

       This Chapter 11 case came on for status conference on February 4, 2015. The court considered the debtor's status conference statement, the representations of its counsel, the interests of creditors, and the comments of the U.S. Trustee. Pursuant to the court's authority under § 105 of the Bankruptcy Code, and good cause appearing therefor,

       IT IS ORDERED that this case shall be converted to Chapter 7 on June 30, 2015, if a plan has not been confirmed by then.

Dated: February 5, 2015

                                                       Alan Jaroslovsky
                                                       U.S. Bankruptcy Judge